# EXHIBIT PX 7



*14 Lincoln Street, Tel-Aviv 67134, ISRAEL*          *Licensed Dealer No.: 013222567*
*Tel: 972-3-5610361, Mobile: 972-544366212*
*Email: Milabmila1@gmail.com*

August 30, 2021

### TRANSLATION AFFIDAVIT

I, the undersigned, Dafna Baskin, Licensed Dealer No. 013222567, declare that I am a respected and experienced translator with a record of over 20 years in the translation business. My clientele includes lawyers, patent attorneys, accountants, insurance companies, credit agencies and other professionals.

I have a full command of the English and Hebrew languages.

I hereby declare that I personally translated the stamps of the District Court and the Consul General in the case of Eitan Liel v. Kozuch.

The translation was done to the best of my professional knowledge, experience, ability, and I declare that I have no personal interest in the matter. This translation is a correct and faithful translation of the original Hebrew documents.

This is my name, this is my signature and the contents of this affidavit are true.

Signed: Dafna Baskin

דפנה בסקין
"מילה במילה"
מס. עוסק מורשה: 013222567

מילה במילה
"שרותי דפנה"
בסקין דפנה
ע.מ. 013222567

For the Court, Daniel J. Moore, dated January 6, 1992
     United States Bankruptcy Judge

(Stamp – District Court
Tel Aviv – Yafo
Signature of Court Clerk)


The Counsul General of Israel in New York
I, the undersigned, **Moshe Peer**, Vice Consul of Israel in New York hereby certify that the document
on the other side of the page is a correct copy of the original document drafted in **English** and
presented before me.  This certification should not be construed as a confirmation of the content of
the document on the other side of the page or a confirmation of its legal validity.
In witness whereof I certify the correctness of the aforesaid copy by my signature and stamp.
Today, May 16, 1997
Signed: Moshe Peer
Position: Consul


(Stamp – District Court
Tel Aviv – Yafo
Signature of Court Clerk)


The Counsul General of Israel in New York
I, the undersigned, **Moshe Peer**, Vice Consul of Israel in New York hereby certify that the document
on the other side of the page is a correct copy of the original document drafted in **English** and
presented before me.  This certification should not be construed as a confirmation of the content of
the document on the other side of the page or a confirmation of its legal validity.
In witness whereof I certify the correctness of the aforesaid copy by my signature and stamp.

Today, <u>May 18, 1997</u>       Signature: Moshe Peer ( - )

Signed: Moshe Peer
Position: Consul